# MEMORANDA

OF THE

*CAUSES DECIDED DURING THE PERIOD EMBRACED IN THIS
VOLUME, WHICH ARE NOT REPORTED IN FULL.*

---

NATHANIEL P. BAILEY et al., Respondents, *v.* NEW YORK
ARCADE RAILWAY COMPANY, Appellant.

THIS case presented the same questions and was argued and
decided with *Astor* v. *N. Y. A. R. Co.* (*Ante,* p. 93).